UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-8052-WM

**UNITED STATES OF AMERICA**

**v.**

**LARRY RAY BON,**

    **Defendant.**
_____/

## MOTION TO CONTINUE PRELIMINARY HEARING/ARRAIGNMENT

    The United States, by and through undersigned counsel, respectfully moves this Court to continue the preliminary hearing/arraignment date for defendant Larry Ray BON, currently scheduled for July 22, 2019 at 11:00 a.m. On July 15, 2019, the defense provided the government its forensic psychological report, which will be described in further detail below. As a result, the government requests a continuance of 90 days.

    In support of this motion, the undersigned states the following:

    1.    On February 28, 2019, BON had his initial appearance in this cause. The Court appointed the Federal Public Defender as BON's counsel, and set the preliminary hearing/arraignment for March 14, 2019 (DE 3). On March 7, 2019, AFPD Kristy Militello requested that BON's preliminary hearing/arraignment date be continued for 60 days. After finding good cause for the continuance under Federal Rule of Criminal Procedure 5.1(d), the Court continued BON's preliminary hearing/arraignment to May 6, 2019, and issued a written Order Regarding Speedy Trial (DE 11).

    1.    At the scheduled preliminary hearing/arraignment on May 6, 2019, AFPD Militello requested a second continuance of 75 days, to allow the defense to review BON's

voluminous medical records obtained from both the Veteran's Affairs Administration and the Social Security Administration, to allow the defense's mental health expert sufficient time to review the records. The purpose was to fully evaluate BON's mental health status, both at the time of the crime and currently, in part to engage in productive discussions with the government about potential charges and resolution. AFPD Militello hoped that a 75-day continuance would be sufficient time to have a completed report by the end of June, which would allow the government time to review the report, and to have discussions prior to the next hearing date. The government concurred with this request. The Court again found good cause for the continuance under FRCP 5.1(d), and continued BON's preliminary hearing/arraignment to July 22, 2019. The Court also issued a written Order Regarding Speedy Trial (DE 13).

2. Dr. Glenn Ross Caddy, the defense's expert, was unable to complete his review and report until approximately Friday, July 12, 2019. The defense submitted the report to the government on Monday, July 15, 2019. In the report, Dr. Caddy found that BON suffered from multiple physical and mental issues, resulting in his expert opinion that BON was insane at the time of the offense.[1]

3. The government had been prepared to present an indictment on July 18, 2019 to the grand jury. However, given the findings and ultimate conclusion in Dr. Caddy's

---

[1] Because an Indictment has not yet been filed, the defense has not filed a Notice of Insanity Defense pursuant to FRCP 12.2(a), which would place the government on notice that the defendant intends to rely on the defense of insanity at the time of the offense, and may introduce Dr. Caddy's (or another expert's) testimony relating to mental disease or defect. Upon such a filing, the government would be entitled to a court-ordered mental health examination pursuant to Title 18, United States Code, Section 4242(a). The government is not entitled to such an examination until the defense files the Notice of Insanity Defense. However, in the spirit of pre-indictment negotiations, defense counsel has agreed to a limited disclosure to the government of the materials Dr. Caddy reviewed to reach his opinion. In addition, neither the defense nor the government is contending that Bon is incompetent to stand trial.

report, the government is seeking to hire its own expert to review the records and findings. The government believes that such a review will assist the parties in determining if a pre-indictment resolution is appropriate and possible.

4.  Accordingly, the government moves for a continuance of the preliminary hearing/arraignment for 90 days, to give the government time to hire its own expert to review the records and Dr. Caddy's findings. Defense counsel Kristy Militello stated that she has no objection to this motion in theory, but needed to consult with her client before she could agree to a continuance. AFPD Militello attempted to consult with her client on July 17, 2019 at the Palm Beach County Jail, only to find that BON had been moved to a facility in St. Lucie County. AFPD Militello will be unable to travel to St. Lucie County prior to the hearing on Monday, July 22nd.

5.  The government is prepared to proceed with the preliminary hearing on July 22nd, should the Court deny this motion.

WHEREFORE, the government respectfully moves this Court to continue the preliminary hearing/arraignment for 90 days.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By: *s/Susan Osborne*
     Susan Osborne
     Assistant United States Attorney
     Court ID# A5500797
     500 S. Australian Ave., Suite 400
     West Palm Beach, FL 33414
     Tel: (561) 820-8711